AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:25-mj-270 |
| Ronald E. Lidderdale | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 2024 to May 8, 2025** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate communications with a threat to kidnap or injure |
| 18 U.S.C. § 876 | Mailing threatening communications |
| 18 U.S.C. § 1038(a)(1) | False information and hoaxes |
| 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Brock Flint*
Complainant's signature

Brock Flint, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 8, 2025

*Kimberly A. Jolson*
Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio