**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** 2:25-mj-270 |
| v. | **JUDGE KIMBERLY A. JOLSON** |
| **RONALD E. LIDDERDALE,** | **Filed Under Seal** |
| Defendant. | |

**MOTION TO SEAL CRIMINAL COMPLAINT**

The United States, by and through the undersigned counsel, respectfully request that the entire case, including the Complaint, supporting affidavit and Arrest Warrant in the above captioned matter, be sealed. The case is not public, and as a result, the United States fears that evidence may be destroyed if the investigation become public and if the public becomes aware of the existence of said case, including the Complaint, supporting affidavit and Arrest Warrant.

WHEREFORE, the government respectfully requests that the entire case, including the Complaint, supporting affidavit and Arrest Warrant, in this matter be sealed until the defendant has been formally arrested pursuant to the Arrest Warrant in this matter.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/ Damoun Delaviz
DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614) 469-5715
Fax: (614) 469-5653
Email: Damoun.Delaviz@usdoj.gov