United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                    Case No. 2:25-mj-270

Ronald E. Lidderdale

## COURTROOM MINUTES
### Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   May 9, 2025 @ 1:30 pm | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Brian Martinez |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Joe Medici |
| Interpreter | | Pretrial/Probation: | Frank Clardy |
| Log In | 1:51 pm | Log Out | 1:56 pm |

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government's oral motion for detention hearing is granted.

Detention Hearing set for 5/14/25 @ 11:30 am.

Preliminary Hearing set for 5/23/25 @ 2:00 pm

Government reminded of their obligation under the Due Process Protections Act.

Defendant remanded to USMS.