**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:25-mj-270** |
| **Plaintiff,** | |
| v. | **MAGISTRATE JUDGE JOLSON** |
| **RONALD E. LIDDERDALE** | |
| **Defendant.** | |

### JOINT MOTION FOR EXTENSION OF TIME BY WHICH INDICTMENT/INFORMATION MUST BE FILED

The parties, by and through undersigned counsel, jointly move this Court for an order extending the time for the return of an Indictment or the filing of a Bill of Information pursuant to 18 U.S.C. § 3161(b) from June 9, 2025 to September 8, 2025. The defendant, Ronald Lidderdale, is aware of his right to timely filing of an Indictment or a Bill of Information afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion. The parties believe that an extension would best serve the interests of justice and that the time would be excludable under 18 U.S.C. § 3161(h)(7)(A).

Good cause exists for the requested extension. The criminal complaint alleges that over a span of approximately ten months, Mr. Lidderdale engaged in conduct that violated four federal criminal statutes. The United States is in the process of preparing and providing preliminary discovery related to those allegations, which defense counsel must examine and review with her client. The parties intend to engage in negotiations in the hope of resolving this matter short of indictment. However, even with continued diligence, additional time is required for counsel for both parties to thoroughly explore all relevant issues and attempt to reach a pre-indictment

resolution of this case.  The parties are therefore in agreement that an extension of time would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

For the reasons set forth in this motion, the parties request that the time within which to file an Indictment or a Bill of Information be continued to September 8, 2025.

        Respectfully submitted,

        KELLY A. NORRIS
        Acting United States Attorney

        s/ Brian J. Martinez
        BRIAN J. MARTINEZ (CA 224587)
        DAMOUN DELAVIZ (PA 309631)
        Assistant United States Attorneys
        303 Marconi Boulevard, Suite 200
        Columbus, OH 43215
        (614) 469-5715
        Brian.Martinez2@usdoj.gov
        Damoun.Delaviz@usdoj.gov


        s/ Stacey MacDonald
        STACEY MACDONALD (WA 35394)
        Assistant Federal Public Defender
        10 West Broad Street, Suite 1020
        Columbus, OH 43215
        (614) 469-2999
        Stacey_MacDonald@fd.org