AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio ▾

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY 12 2025 9:25 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| United States of America<br>v.<br><br>Ronald E. Lidderdale<br><br>_____<br>*Defendant* | )<br>)<br>)    Case No.  2:25-mj-270<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Ronald E. Lidderdale                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c), interstate communications with a threat to kidnap or injure
18 U.S.C. § 876, mailing threatening communications
18 U.S.C. § 1038(a)(1), false information and hoaxes
18 U.S.C. § 2261A(2), cyberstalking

Date:    May 8, 2025                                          *Kimberly A. Jolson signature*
                                                         Kimberly A. Jolson
                                                         United States Magistrate Judge

City and state:        Columbus, Ohio
                                   _____

| Return |
|---|
| This warrant was received on *(date)*  5/8/25 , and the person was arrested on *(date)*  5/8/25<br>at *(city and state)*  Columbus, Ohio  . |
| Date:  5/8/25                                          *Arresting officer's signature*<br><br>                                          SA  Ryan Brewster<br>                                          *Printed name and title* |