# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 13, 2026

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 25-3663, *USA v. Ronald Lidderdale*
Originating Case No. 2:25-mj-00270-1

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Gretchen

cc: Ms. Kaycee Berente
  Ms. Kimberly L. Robinson

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 25-3663
_____

Filed: January 13, 2026

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RONALD E. LIDDERDALE

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 12/18/2025 the mandate for this case hereby issues today.

 COSTS:  None