# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | |
| vs. | : | Case No. 2:25-mj-270 |
| | : | |
| RONALD E. LIDDERDALE, | | MAGISTRATE JUDGE JOLSON |
| Defendant. | : | |

## SECOND MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED

Now comes the defendant, Ronald E. Lidderdale, by and through undersigned counsel, and moves this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from March 12, 2026 to **April 11, 2026.** The defendant, Ronald E. Lidderdale is aware of his right to a timely filing of an Indictment or Information, afforded under 18 U.S.C. § 3161(b), and hereby waives those rights for the purposes of this motion. Defense believes that a continuance of the indictment deadline would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government does not oppose the motion. Mr. Lidderdale is in agreement with the continuance and waiving his right to a speedy indictment.

Mr. Lidderdale has been charged by criminal complaint with Interstate Communications with a Threat to Kidnap or Injure, Mailing Threatening Communications, False Information and Hoaxes and Cyberstalking. The United States has turned over two rounds of discovery to defense pursuant to a protective order. This discovery is being provided in advance of an indictment so that parties can determine if a pre-indictment resolution can be reached in this matter. This

discovery is voluminous.

The parties have engaged in extensive negotiations to reach a pre-indictment resolution. The government has provided two proposed plea agreements to counsel. Upon review of those proposed plea offers, there was a subsequent discussion regarding modification of terms. The government is in the process of seeking approval of the defense requested modifications. Defense is awaiting confirmation if approval was granted and new plea documents drafted or if the plea offers remain as is. Once negotiations have been completed and the final documents are provided defense counsel needs time to review the materials with Mr. Lidderdale and obtain his signature should he accept one of the plea offers. An additional thirty days to complete this process is requested.

This continuance of the time for the filing of an Indictment or Information would best serve the interest of justice and would not impinge on the interest of the public in a speedy trial, as pre-trial resolution will conserve significant resources by eliminating the need to expend grand jury and potentially trial jury time. This time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

For these reasons, Defense requests an extension of the time until **April 11, 2026** within which an Indictment or Information may be filed in this case.

    Respectfully submitted,

    JOSEPH MEDICI
    FEDERAL PUBLIC DEFENDER

    /s/ Stacey MacDonald
    Stacey MacDonald (WA 35394)
    Assistant Federal Public Defender
    10 West Broad Street, Suite 1020
    Columbus, Ohio 43215-3469
    Telephone: (614) 469-2999
    Facsimile: (614) 469-5999

        Stacey_MacDonald@fd.org

        Attorney for Defendant
        Ronald E. Lidderdale

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

        /s/ Stacey MacDonald
        Stacey MacDonald (WA 35394)
        Assistant Federal Public Defender